# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00168-CV

**Appellant, CMA Consulting Services //**
**Cross Appellant, Texas Health and Human Services Commission**

**v.**

**Appellee, Texas Health and Human Services Commission //**
**Cross-Appellee, CMA Consulting Services**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT**
**NO. D-1-GN-16-002331, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss their respective appeals in this cause

number. Accordingly, we grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Pemberton, and Goodwin;
 Justice Pemberton not participating

Dismissed on Joint Motion

Filed: November 28, 2018